# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HAJI BRELAND,** : | No. 3:23cv1473 |
| **Plaintiff** : | |
| : | (Judge Munley) |
| v. : | |
| : | |
| **WILKES-BARRE** : | |
| **SCHOOL DISTRICT and** : | |
| **WILKES BARRE POLICE** : | |
| **DEPARTMENT,** : | |
| **Defendants** : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 28th day of March 2024, before the court for disposition is Magistrate Judge Daryl F. Bloom's report and recommendation, which proposes that plaintiff's amended complaint be served on the defendants. (Doc. 9). No objections to the report and recommendation have been filed, and the time for such filing has passed. Therefore, in deciding whether to adopt the report and recommendation, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b) 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, the court finds neither a clear error on the face of the record nor a manifest injustice, and therefore, the report and recommendation shall be adopted. It is hereby **ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 9) is **ADOPTED**;

2) The Clerk of Court is directed to serve plaintiff's amended complaint (Doc. 7) on the defendants; and

3) The Clerk of Court is further directed to remand this case to Magistrate Judge Bloom for further proceedings.

                    **BY THE COURT:**

                    **s/ Julia K. Munley**
                    **JUDGE JULIA K. MUNLEY**
                    **United States District Court**